**Wayman F. SMITH, Board of Police Commissioners, Respondent,**

v.

**John PORTLOCK, Appellant.**

**No. ED 82061.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 26, 2003.

---

1. All statutory references are to RSMo.2000, unless otherwise indicated.

Richard Swatek, St. Louis, MO, for appellant.

Judith A. Ronzio, Edward J. Hanlon (co-counsel), St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE, J., MARY K. HOFF, J. and GLENN A. NORTON, P.J.

## *MEMORANDUM DECISION*

PER CURIAM.

John Portlock entered a training agreement with the Board of Police Commissioners, completed training and within two years resigned and accepted employment with another law enforcement agency. The Board sought to enforce a provision in the training agreement in which Portlock agreed that upon such resignation he would reimburse the Board a portion of the costs it expended to train him. The court entered judgment in favor of the Board after a bench trial, and Portlock appeals.

No error of law appears. For the same reasons set forth in *Wayman Smith, Board of Police Commissioners v. Craig Kriska,* 113 S.W.3d 293 (Mo.App.E.D. 2003), handed down today, the judgment is affirmed. Because duplicating that opinion would have no precedential value, this disposition is made under Rule 84.16(b).